1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10  DESMON LOEB,

11          Plaintiff,              No. CIV S-07-0139 GEB EFB P

12      vs.

13  AUDETTE, et al.,

14          Defendant.              <u>ORDER</u>

15  _____/

16      Plaintiff is a state prisoner proceeding pro se.  Plaintiff is suing pursuant to 42 U.S.C.

17  § 1983 and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  This

18  proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

19      Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C.

20  § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

21      Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C.

22  § 1914(a), 1915(b)(1).  Plaintiff has been without funds for six months and is currently without

23  funds.  Accordingly, the court will not assess an initial partial filing fee.  28 U.S.C. § 1915(b)(1).

24  Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's

25  income credited to plaintiff's prison trust account.  These payments shall be collected and

26  forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's

1

account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's request for leave to proceed *in forma pauperis* is granted.

2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3.  Service is appropriate for the following defendants: Audette, Weston, and Callison.

4.  The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed January 22, 2007.

5.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

a.  The completed Notice of Submission of Documents;

b.  One completed summons;

c.  One completed USM-285 form for each defendant listed in number 3 above; and

d.  Four copies of the endorsed complaint filed January 22, 2007.

6.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:   April 12, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DESMON LOEB,

11          Plaintiff,              No. CIV S-07-0139 GEB EFB P

12      vs.

13   AUDETTE, et al.,

14          Defendants.            NOTICE OF SUBMISSION

15   _____/    OF DOCUMENTS

16          Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____.

18          One         completed summons

19          ____        completed USM-285 forms

20          ____        copies of the _____
                                    Complaint/Amended Complaint

21

22

23   DATED:

24

25                                  _____
                                    Plaintiff

26

3