IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMON LOEB,

      Plaintiff,                    No. CIV S-07-0139 GEB EFB P

     vs.

AUDETTE, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

      Plaintiff has also filed a motion for discovery. That motion is late. The September 17, 2007, schedule set a discovery cutoff date of December 7, 2007, and directed the parties that all motions to compel must be filed by that date. On November 15, 2007, plaintiff filed a motion for an extension of time in which to file a motion to compel. That motion was granted and the order filed November 20, 2007, gave plaintiff an additional 30 days from the date the order was served to file his motion. Plaintiff filed his motion 34 days beyond the date granted by the court.

1 Plaintiff contends that the court will not be able to fully adjudicate a motion for summary
2 judgment absent the discovery he seeks.  In an abundance of caution, the court extends the
3 deadline previously set and deems plaintiff's motion timely filed.
4         Accordingly, IT IS HEREBY ORDERED that:
5         1. Plaintiff's January 28, 2008, request for appointment of counsel is denied.
6         2. Defendants are directed to file a response to plaintiff's January 28, 2008, motion to
7 compel within 30 days from the date this order is served.
8 DATED:  April 18, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2