IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMOND LOEB,

      Plaintiff,                        No. CIV S-07-0139 GEB EFB P

    vs.

AUDETTE, et al.,

      Defendants.               <u>ORDER</u>

                              /

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On February 9, 2009, the court found that plaintiff had failed to file a pretrial statement and recommended that this action be dismissed. On the same day, plaintiff filed a document describing various difficulties with the prison mailroom. He requested both an injunction and leave to amend his complaint to add a claim regarding the same. The deadline for filing pretrial motions has long-since passed, *see* Sept. 17, 2007 Order, and plaintiff is not specific as to the injunctive relief he seeks. However, plaintiff also requested leave to file a new pretrial statement. Pl.'s Feb. 9, 2009 Mot., Decl. of Pl. in Supp. Thereof ¶ 4.

       Good cause appearing, it is hereby ORDERED that:

       1. The February 9, 2009 findings and recommendations are vacated.

////

1

2. Plaintiff shall file a pretrial statement that complies with Rule 26 of the Federal Rules of Civil Procedure and Local Rule 16-281 not later than 30 days from the date of this order. *See* Fed. R. Civ. P. 5(d); L.R. 5-133(b)(2). The court does not intend to grant plaintiff any further extensions of time. Additionally, plaintiff's failure to comply with this order may result in a recommendation that this action be dismissed.

3. Defendants shall file their pretrial statement not later than twenty days after plaintiff's pretrial statement is filed.

4. Pretrial conference (as described in Local Rule 16-282) will be conducted on the file only, without appearance by either party.

5. The date for jury trial before the Honorable Garland E. Burrell, Jr. will be set in the pretrial order.

Dated: April 14, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE