IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMON LOEB,

              Plaintiff,                No. CIV S-07-0139 GEB EFB P

      vs.

AUDETTE, et al.,

            Defendants.          <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  This case will be referred to Magistrate Judge Nandor J. Vadas to conduct a settlement conference at Pelican Bay State Prison on September 30, 2010.

      In accordance with the above,  IT IS HEREBY ORDERED that:

      1.  This case is set for a settlement conference before Magistrate Judge Nandor J. Vadas on September 30, 2010, at 10:00 a.m. at Pelican Bay State Prison, 5905 Lake Earl Drive, Crescent City, California 95531;

      2.  Parties shall appear with full settlement authority;

      3.  The parties are to provide confidential settlement conference statements to Judge Vadas, USDC CAND, 514 H Street, Eureka, CA 95501, or via email at NJVpo@cand.uscourts.gov, such that they arrive no later than September 16, 2010; and

1        4.  The Clerk of the Court is directed to serve a copy of this order on the Litigation Office

2   at Pelican Bay State Prison, via facsimile at (707) 465-9099.

3   DATED:   August 5, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE