**United States District Court**
For the Northern District of California

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                        EASTERN DISTRICT OF CALIFORNIA

7

8

9   DESMON LOEB,                              No. CIV S-07-0139 GEB/EFB P

10          Plaintiff,                         NOTICE OF CHANGE IN TIME OF
                                               SETTLEMENT CONFERENCE IN
11       v.                                    PRO SE PRISONER EARLY
                                               SETTLEMENT PROGRAM
12   AUDETTE, et al.,

13          Defendants.
    _____/

14

15

    TO ALL PARTIES AND COUNSEL OF RECORD:
16

17         You are hereby notified that the September 30, 2010  settlement conference at Pelican Bay

    State Prison will take place at 11:00 a.m., rather than the previously scheduled 10:00 a.m..
18

19
    IT IS SO ORDERED.
20

21   Dated:  September 27, 2010

22                                             _____
                                               NANDOR J. VADAS
                                               United States Magistrate Judge
23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DESMON LOEB,                                              No. CIV S-07-0139 GEB/EFB P

        Plaintiff,

    v.                                                       CERTIFICATE OF SERVICE

AUDETTE, et al.,

        Defendants.
_____/

    I, the undersigned, hereby certify that on September 27, 2010 I SERVED a true and correct

copy of the attached, (1) via facsimile to the Pelican Bay State Prison Litigation Office at (707) 465-

9099; and (2) by placing said copy in a postage paid envelope addressed to the person(s) listed

below and by depositing said envelope in the U.S. Mail.

Desmon Loeb
J-02085
Pelican Bay State Prison
P O Box 7500
Crescent City, CA 95531

                                 /s/  Chris Wolpert
                             _____
                               Chris Wolpert
                            Administrative Law Clerk to
                          the Honorable Nandor J. Vadas