IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMOND LOEB,

      Plaintiff,                              No. CIV 07-0139 GEB EFB P

      vs.

AUDETTE, et al.,                     ORDER RE SETTLEMENT AND DISPOSITION

      Defendants.
_____/

      Pursuant to the October 4, 2010 report filed by the settlement judge, the court has determined that the above-captioned case has settled. The court now orders that dispositional documents are to be filed not later than ninety (90) days from the date of this order.[1] Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

      Further, the September 24, 2010 writ of habeas ad testificandum, and all dates set in this action, are vacated. The Clerk of the Court is directed to serve a copy of this order, by mail and facsimile, on the warden of the appropriate institution.

Dated: October 7, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are hereby informed that their stipulation of dismissal may contain a provision allowing the court to retain continuing jurisdiction to enforce the terms of the settlement.