IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMOND LOEB,

      Plaintiff,                     No. CIV 07-0139 GEB EFB

  vs.

AUDETTE, et al.,

      Defendants.               ORDER TO SHOW CAUSE

     On October 7, 2010, the court ordered that dispositional documents were to be filed within ninety days. Dckt. No. 38. The court warned the parties that failure to comply with the order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of the order. The ninety days have passed and the parties have not filed dispositional documents or otherwise responded to the court's order.

     Accordingly, it is hereby ORDERED that within 21 days of the date of this order, the parties shall comply with the court's October 7, 2010 order and show cause why sanctions should not be imposed.

DATED: January 21, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE