IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMOND LOEB,

    Plaintiff,                    No. CIV S-07-0139 GEB EFB P

    vs.

AUDETTE, et al.,

    Defendants.               ORDER

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On January 21, 2011, the court ordered the parties to show cause for their failure to timely file dispositional documents. A response to the order to show cause was filed on January 28, 2011. On February 10, 2011, the parties filed a stipulation of dismissal.

    Good cause appearing, the order to show cause is DISCHARGED. Further, pursuant to the stipulation of the parties and Fed. R. Civ. P. 41(a)(1)(A)(ii), the Clerk is directed to close the case.

DATED: February 16, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE